AO 91 (Rev. 11/11) Criminal Complaint                    SAUSA Peter Madrinan (312) 469-6306

**FILED**

FEB - 4 2022

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. | UNDER SEAL |
| JEROME A. BYCHOWSKI | **22 CR 73** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 12, 2022, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a) | forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, namely a special agent of the Federal Bureau of Investigation, while they were engaged in the performance of their official duties. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_____
WARD YODER
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: February 4, 2022         _____
                               *Judge's signature*

City and state: Chicago, Illinois     MARIA VALDEZ, U.S. Magistrate Judge
                                      *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, WARD YODER, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for 12 years. I am currently assigned to the FBI's Chicago Field Office ("FBI Chicago") and to its Violent Crimes – Fugitive Task Force, specifically. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping and bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that Jerome A. BYCHOWSKI has violated Title 18, United States Code, Section 111(a). This affidavit is based on my personal knowledge, experience and training, video surveillance footage that I have reviewed, and information provided to me by other law enforcement agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BYCHOWSKI with having forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, namely a special agent of the Federal Bureau of Investigation, while they were engaged in the performance of their official duties, I have not included each and every fact known to me concerning this investigation. I have set forth only the

facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

## FACTS SUPPORTING PROBABLE CAUSE

3. In summary, and as described further below, FBI is investigating BYCHOWSKI for the assault an FBI special agent ("Special Agent A") by spitting in Special Agent A's face. Specifically, on January 12, 2022, at approximately 7:09 a.m., according to law enforcement reports, an FBI special agent ("Special Agent A) was driving his Bureau-issued vehicle southbound on South Leavitt Street and approaching the entrance to FBI Chicago's parking area. Special Agent A had been out earlier that morning conducting surveillance in an unrelated investigation. The map below shows South Leavitt Street running north-south on the westside perimeter of the FBI's Chicago Field Office:



4. According to law enforcement surveillance video, Special Agent A's vehicle was third in line to enter through FBI Chicago's west gate entry area, when a white panel van turned south from eastbound West Washbourne Avenue and pulled up behind him. The screenshot taken from this surveillance video below shows Special Agent A's vehicle (indicated by the yellow arrow) in between a dark sport utility vehicle and the white panel van:



5. According to law enforcement reports, while he was waiting on South Leavitt Street for the two vehicles ahead of him to complete the entry process, Special Agent A heard the driver of the white panel van behind him honking his horn repeatedly. As the driver continued to honk his horn, Special Agent A opened the driver's side door of his vehicle, stuck his head out, and asked the driver of the white panel van to stop honking his horn and then told him to either wait where he was or go around the waiting vehicles. Instead, the driver— as described in Paragraph 9

below, subsequently identified as BYCHOWSKI—pulled-out into the northbound lane of South Leavitt Street and drove up next to Special Agent A's vehicle, rolled-down the passenger-side window, and told Special Agent A that he was not honking at him, but rather at the vehicle in front of Special Agent A. The screenshot below shows the white panel van side-by-side with Special Agent A's vehicle:



6. According to law enforcement reports, while his white panel van was next to Special Agent A's vehicle, BYCHOWSKI began to get angry after Special Agent A refused to ask the vehicle ahead of them to move. Eventually BYCHOWSKI began yelling at Special Agent A, telling him to just "go inside and do your pussy job," or words to that effect. Special Agent A told BYCHOWSKI to stop behaving in such an aggressive manner, get back into his van, and wait until the cars ahead of them

4

had safely completed the entry process. BYCHOWSKI instead drove his van forward alongside the SUV in front of Special Agent A's vehicle, put the van in park, and got out of the driver's seat to walk back towards Special Agent A, as shown in the screenshot below (BYCHOWSKI is indicated by the yellow arrow):



7. At that point, according to law enforcement reports, BYCHOWSKI taunted Special Agent A by saying "If you're such a tough guy, get out of the car and show me," or words to that effect. Special Agent A tried to de-escalate the situation by staying in his car and reiterating that BYCHOWSKI should calm down, be patient, and stop harassing the driver in the vehicle ahead of them. BYCHOWSKI continued to insult Special Agent A, calling him "a pussy who's hiding behind your job and your car and afraid of getting your ass kicked," or words to that effect. BYCHOWSKI

5

continued to yell and insult Special Agent A, and before returning to his van, leaned towards the open driver's side window and spit at Special Agent A, hitting Special Agent A's check and forehead.

8. Special Agent A then told BYCHOWSKI that he had just committed a crime, but BYCHOWSKI had already gotten back into his van. At that point, BYCHOWSKI began backing his van up the northbound lane of South Leavitt Street, appearing to drive in reverse so he could make a right-hand turn onto the westbound lane of West Washburne Avenue. Special Agent A exited his vehicle and again told BYCHOWSKI that he had committed a crime by spitting on a federal agent, to which BYCHOWSKI responded "Good luck proving it—there's no video," or words to that effect.

9. According to law enforcement reports, the driver of the SUV waiting in front of Special Agent A's vehicle was also an FBI agent ("Special Agent B"). When Special Agent B observed BYCHOWSKI pull up beside his vehicle, put the van in park, and then exit the van and walk towards Special Agent A's vehicle, Special Agent B also got out of his vehicle to assess the situation. Special Agent B saw BYCHOWSKI, who he said appeared agitated, yelling at the driver of the car behind his, and before BYCHOWSKI left, lean his head forward as if spitting at the driver sitting inside the vehicle. He also overheard BYCHOWSKI admit to spitting on Special Agent A. Additionally, Special Agent B used his phone to take photos of BYCHOWSKI's van as he turned back onto West Washburne Avenue:

6



He also took a photo of the van's rear license plate:



7

10. According to Illinois Secretary of State records, the registered owner of the white Ford van with the license plate number "3301030" is Jerome A. BYCHOWSKI. Both Special Agents A and B confirm that BYCHOWSKI's Driver License photograph matches the person they encountered driving the white Ford van on the morning of January 12, 2022.

11. According to law enforcement reports, on September 23, 2021, Chicago Police Department (CPD) officers conducted a traffic stop of a white Ford van with Illinois license plate 3301030 and identified the driver as BYCHOWSKI. During the traffic stop, BYCHOWSKI told a CPD officer that he had recently sold his home and has been living in his van in a vacant lot in the vicinity of 2257 West Washburne Avenue, "just down the street from the FBI."

## CONCLUSION

12. Based on the foregoing, I believe there is probable cause to believe that, on or about January 12, 2022, defendant JEROME A. BYCHOWSKI forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, namely, a special agent of the Federal Bureau of Investigation, while they were engaged in the performance of their official duties.

FURTHER AFFIANT SAYETH NOT.

_____
WARD YODER
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone February 4, 2022.

_____
Honorable MARIA VALDEZ
United States Magistrate Judge