FILED
JAN 12 2024 *jmm*
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District Of Illinois

Page 1 of 13

United States Of America, Plaintiff

v.

Jerome Bychowski, Defendant

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro-Se Litigant

## Motion MOTN-3.5

In Judge Woods Court Room, The United States Attorney Has Made The Court Aware, That The Government Has Surveilled Jerome Bychowski's Private Property At 738 S. Pulaski. The Court Is Aware That Jerome Bychowski Resides There And His Chrysler Cargo Van Is His Private Space, Where He

United States District Court
Northern District Of Illinois

Page 2 Of 13

Plaintiff: United States Of America

v.

Defendant: Jerome Bukowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se Litigant

Rests Every Night. The United States Attorney Did Not Explain The Government's Reasons For Surveiling Jerome Bukowski, Without The Issuance Of A Surveilance Warrant.

The United States Attorney Has Made The Court Aware Of His Possesion Of The Surveilance Recordings.

United States District Court  Page 3 of 13
Northern District of Illinois

United States of America  
Plaintiff  
v.  
Jerome Bychowski  
Defendant

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro-Se Litigant

Jerome Bychowski Owns 738 S. Pulaski, A 7000 Square Foot Land Parcel. He Parks His Ford And Chevrolet Cargo Vans There. He Eats, Sleeps, And Changes His Clothes, In His 2018 Chevrolet Express Cargo Van. This Chevrolet Cargo Van Is Jerome Bychowski's Private Space. The Surveilance Of 738 S. Pulaski, Is Also A Surveilance Of

United States District Court
Northern District of Illinois

United States Of America, Plaintiff

v.

Jerome Bychowski, Defendant

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se, Longum

Jerome Bychowski's 2018 Chevrolet Cargo Van. The Surveillance Of 738 S. Pulaski, Can Peer Through The Front Window Of The 2018 Chevrolet Cargo Van, And Record The Interior Space Of The 2018 Chevrolet Cargo Van. The Surveillance Of 738 S. Pulaski, Can Record, Jerome Bychowski's Private Activities, Within

United States District Court Page 5 of 13
Northern District of Illinois

United States of America, Plaintiff
v.
Jerome Bychowski, Defendant

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se Litigant

The 2018 Chevrolet Cargo Van.

The Court Is Well Aware, That Jerome Bychowski Secures His Property At 738 S. Pulaski, And Stores With Cargo Vans, And Equipment Therein, On A Daily Basis. The Court Is Well Aware, That Jerome Bychowski Changes His Clothes, And Sleeps In The 2018 Chevrolet Cargo Van, On A

United States District Court
Northern District Of Illinois

Page 6 Of 13

Plaintiff: United States Of America
v.
Defendant: Jerome Bychowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se Litigant

Doubt, Basis. Also, The Court Is Well Aware, That This Surveillance Of Jerome Bychowski Property, With Respect To Surveillance Laws, Requires A Surveillance Warrant To Be Issued, Under Title 9-7.200. Under Title 9-7.200, When Court Authorization For Video Surveillance Is Deemed Necessary, It

United States District Court
Northern District Of Illinois

Page 7 of 13

Plaintiff: United States Of America
v.
Defendant: Jerome Bychowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se Litigant

Be Obtained By Way Of An Application. The Application And Order Should Be Based On An Affidavit That Establishes Probable Cause, That A Federal Crime Will Be Recorded By The Surveillance. The Application And Order, That Are Filed Separately, Are Done So, Pursuant To Title 18 U.S.C. § 2518.

<u>United States District Court</u>
<u>Northern District Of Illinois</u> Page 8 OF 13

Plaintiff
United States Of America

v.

Defendant
Jerome Bychowski

Case Number 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Attorney: Pro Se Litigant

The United States Attorney Has Not Indicated That Any Federal Procedures Were Followed To Properly Gain The Surveillance Of Jerome Bychowski's Property, At 738 S. Pulaski.

Under Illinois Code, The Recording Of Jerome Bychowski's Personal Spaces Are Prohibited, Under 720.ILCS 5/26-4, (a-5), (a-6), (a-15), (a-25).

Currently, And For The Past

United States District Court, Page 9 of 13
Northern District Of Illinois

United States Of America, Plaintiff
v.
Jerome Bychowski, Defendant

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se Litigant

18 Months, Jerome Bychowski's Has Not Been Under Investigation, By The Chicago Police Department, Or The Illinois State Police. Whenfore, They Are Not Exempt From The Restrictions On Video Surveilance, At 738 S. Pulaski, Under 720 ILCS 5/26-4, (B-1). Wherefore, Any Video Surveilance Of Jerome Bychowski's

United States District Court, Page 10 of 13
Northern District of Illinois

Plaintiff: United States Of America
v.
Defendant: Jerome Bychowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se, Stibart

Property, At 738 S. Pulaski, In The Past 18 Months, That Was Conducted By The Chicago Police Department, Or The State Police, Had Been Done In Violation Of 720 § 5/26-4, (a-5), (a-6), (a-15), (a-25), And (B-1).

The United States Attorney Has Not Presented Any Evidence That There Were

United States District Court
Northern District Of Illinois

Page 11 Pf 13

Plaintiff: United States Of America

v.

Defendant: Jerome Bychowski

Case Number: 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se Litigant

Any Warrants Issued, By The Illinois Government, To Conduct Video Surveillance Of Jerome Bychowski's Property At 738 S. Pulaski. But, The United States Attorney Has Indicated, That He Has Obtained Video Surveillance Of Jerome Bychowski's Property At 738 S. Pulaski.

United States District Court
Northern District Of Illinois

Page 12 Of 13

United States Of America, Plaintiff
v.
Jerome Bychowski, Defendant

Case Number 22-CR-73
Judge: Wood
Magistrate Judge: Valdez
Date: 1/12/2024
Attorney: Pro Se Litigant

Jerome Bychowski Prays That The Court Aknowledge That The Video Surveillance Recordings, Possessed By The United States Attorney, Of Jerome Bychorow's Property At 738 S. Pulaski, Were Gained Through An Illegal, And Unwarranted Surveillance Of His Property, By A Government Agency.

United States District Court
Northern District of Illinois

Page 13 of

Plaintiff
United States of America

v.

Defendant
Jerome Bychowski

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Date: 1/12/2024

Attorney: Pro Se Litigant

Wherefore, Jerome Bychowski Prays That The Court Suppress All, Or Any Video Surveillance Recordings, Of Jerome Bychowski's Property, At 938 S. Pulaski, From Any Period, In The Past 18 Months.

1/12/2024    Jerome Bychowski    /s/ Jerome Bychowski