Case: 1:22-cr-00073 Document #: 294 Filed: 07/22/24 Page 1 of 6 PageID #:2217

IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

JUL 22 2024 MCP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Page 1 of 6

United States Of America
Plaintiff

v.

Jerome Buchowski
Defendant

) Case Number: 22-CR-73
) Judge: Wood
) Magistrate Judge: Valdez
) Attorney: Pro Se Corrigan

• Motion Motion - 4.116

Jerome Buchowski Posted A $10,000 Bond, For Case 22-CR-73, On 2/11/2022. (See Page 2 of 6, Receipt Of $10,000 Payment To Clerk's Office.)

Case 22-CR-73 Has Been Completed, And The Order Made By The Court To Exonerate The Bond. (See Page 3 of 6, Judgement Of Acquittal.)

*Payment Receipt, Of $10,000, From The Clerk's Office, 2/11/2022.*

Court Name: Northern District of Illinois
Division: 1
Receipt Number: 4624267969
Cashier ID: akeil
Transaction Date: 02/11/2022
Payer Name: JEROME A. BYCHOWSKI

---

TREASURY REGISTRY
 For: JEROME A. BYCHOWSKI
 Case/Party: D-ILN-1-22-CR-000073-001
 Amount:      $10,000.00

---

MONEY ORDER
 Check/Money Order Num: 9434353272
 Amt Tendered: $10,000.00

---

Total Due:       $10,000.00
Total Tendered: $10,000.00
Change Amt:          $0.00

POSTING A CASHIER'S CHECK IN THE
AMOUNT OF $10,000.00.

22CR73   *Case Number*

JEROME A BYCHOWSKI

PER ORDER OF MAGISTRATE JUDGE
VALDEZ
2/10/2022

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

V.

JEROME A. BYCHOWSKI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:22-cr-00073-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

__Andrea R. Wood__　　__U.S. District Court Judge__
Name of Judge　　Title of Judge

7/3/2024
_____
　　　　Date

Case: 1:22-cr-00073 Document #: 294 Filed: 07/22/24 Page 4 of 6 PageID #:2220

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 4 of 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

United States Of America, Plaintiff

v.

Jerome Buchowski, Defendant

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Attorney: Pro Se - Longanc

Jerome Buchowski Was Made Aware, By The Clerk's Office, That The Court's Order For Disbursement Of Invested Registry Funds Must Include The Total Amount Of Principal And Interest. If The Amount Of Interest Is Not Known, The Order Shall Read "Principal Plus Interest", Which Will Be Dispersed To The Payee. Wherefore, Jerome Buchowski Prays That

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 5 of 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

United States Of America, Plaintiff

v.

Jerome Buchanski, Defendant

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

Attorney: Pro Se Litigant

An Order Be Made By The Court, To The Clerk's Office, That The Invested Registry Funds Be Disbursed To Jerome Buchanski, Including The $10,000 Principal, And The Interest.

Jerome Buchanski Does Not Have A Mailing Address. Wherefore, He Prays That The Court Inform The Clerk's Office That Jerome Buchanski

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 6 of 6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

United States of America, Plaintiff

v.

Jerome Bychowski, ~~Defendant~~

Case Number: 22-CR-73

Judge: Wood

Magistrate Judge: Valdez

~~Attorney:~~ Pro Se Litigant

Needs To Obtain The Fund Payments In Person. Wherefore, Jerome Bychowski Prays That The Disbursement Check, Of The $10,000 Principal Plus Interest, Be Forwarded To The Clerks Office, So That He Can Obtain The Disbursement Check At The Clerk's Office, At The Desk.

7/22/2024    Jerome Bychowski                    Jerome Bychowski

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]