OFFICE OF
**CLERK OF THE U.S. DISTRICT COURT**
UNITED STATES COURTHOUSE
CHICAGO, IL 60604

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.87
06/17/2024 ZIP 60604
043M31253314
US POSTAGE

Jerome A. Bychowski
P.O. Box 12063
Chicago, IL 60612

1:22-cr-00073

22 cr 73
#263 + 264

NIXIE   601   6E   1      0110/14/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



10/18/2024-14



RECEIVED
OCT 18 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT